**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ammar Dean Halloum, | No. CV-10-00116-TUC-FRZ |
| Plaintiff, | **ORDER** |
| vs. | |
| Sergeant Robert Cutbirth; Correction Officer Jesse Morales; and Correction Officer Robert Stadler, | |
| Defendants. | |

Ammar Halloum, a former detainee at Pima County Jail, filed suit against multiple Defendants in February 2010. Doc. 1. The Court dismissed all claims except the excessive force claim asserted in count two of the amended complaint (Doc. 11 at 7-9) against Defendants Morales, Stadler, and Cutbirth. Docs. 12, 30.

Plaintiff has filed a motion for a settlement conference. Doc. 48. Defendants oppose the motion on the ground that they have no intention of settling the case. Doc. 49. Given the "'well-settled' doctrine that 'a court cannot force a party to settle,'" *456Corp. v. United Foods, Inc.*, No. 3:09 CV 1983(JBA), 2011 WL 5930467, at *6 (D. Conn. Nov. 29, 2011), the motion will be denied.

No party has filed a dispositive motion, and the deadline for filing one has expired. Doc. 31 at 3. The parties have filed a joint proposed pretrial order. Doc. 42. As such, upon further review of the record, the Court will issue a separate Order pertaining to trial.

Defendants have filed two motions in limine. Docs. 43, 44. Plaintiff has not specifically responded to the motions, but instead has filed a notice stating that he provided Defendants with a list of witnesses pursuant to Rule 26(a). Plaintiff shall have until **May 11, 2012** to file a response to each motion in limine. No further extension of time will be granted.

**IT IS ORDERED:**

1. Plaintiff's motion for a settlement conference (Doc. 48) is **denied**.
2. Plaintiff shall have until **May 11, 2012** to file responses to the motions in limine.

DATED this 27th day of April, 2012.

_____
Frank R. Zapata
**Senior United States District Judge**